31601. EDWARDS *v.* HARVILL.

TOWNSEND, J. The question involved in this case is the identical question decided in headnotes 2 and 3 of *Hunter* v. *Harvill*, ante, and for the reasons therein stated the judgment of the judge of the superior court sustaining the certiorari and setting aside the judgment of the trial court is hereby

*Affirmed. MacIntyre, P. J., and Gardner, J., concur.*

DECIDED SEPTEMBER 13, 1947.

*C. E. Moore, E. L. Fowler,* for plaintiff.
*J. Hugh Rogers,* for defendant.